IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DR. LANA FOSTER, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-140(WLS) |
| | * |
| ECHOLS COUNTY SCHOOL DISTRICT, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of May, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk